WRIGHT, FINLAY & ZAK, LLP
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
rjung@wrightlegal.net
*Attorney for Defendant, Liberty Stock Transfer, Inc. a New Jersey corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID WELLS, an individual and California resident,<br><br>    Plaintiff,<br><br>vs.<br><br>GLOBAL TECH INDUSTRIES, INC., A NEVADA CORPORATION; AND LIBERTY STOCK TRANSFER, INC., A NEW JERSEY CORPORATION; DOES 1 THROUGH 10, INCLUSIVE; ROE BUSINESS ENTITIES, 1 THROUGH, INCLUSIVE,<br><br>    Defendants. | Case No.:  2:21-cv-02040-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT [ECF No. 1]**<br><br>**(AMENDED FIRST REQUEST)** |

  Plaintiff, David Wells ("Plaintiff"), and Defendant, Liberty Stock Transfer, Inc. a New Jersey corporation. ("Liberty"), by and through their respective attorneys of records, hereby stipulate and agree as follows:

1. On November 11, 2021, Plaintiff filed his Complaint in United States District Court, District of Nevada, Case No. 2:21-cv-02040-GMN-NJK [ECF No. 1].
2. Liberty was served with Plaintiff's Complaint on November 16, 2021 [ECF No. 8].
3. The deadline for Liberty to respond to Plaintiff's Complaint is December 7, 2021.
4. Liberty is requesting a brief extension until December 21, 2021, to file its response to Plaintiff's Complaint.
5. This extension is requested to allow Liberty additional time to review and respond to the factual allegations and statutes cited to in the Complaint.

///

///

6. Counsel for Plaintiff does not oppose the requested extension.

7. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 8th day of December, 2021. | DATED this 8th day of December, 2021. |
|---|---|
| **WRIGHT, FINLAY & ZAK, LLP** | **ENENSTEIN PHAM & GLASS, LLP** |
| /s/  Rock K. Jung, Esq.<br>Rock Jung, Esq.<br>Nevada Bar No. 10906<br>7785 W. Sahara Avenue, Suite 200<br>Las Vegas, Nevada 89117<br>(702) 475-7964; Fax: (702) 946-1345<br>rjung@wrightlegal.net<br>*Attorneys for Defendant, Liberty Stock Transfer, Inc. a New Jersey corporation* | /s/  Teri T. Pham, Esq.<br>Robert A. Rabbat, Esq.<br>Nevada Bar No. 12633<br>11920 Southern Highlands Pkwy., Suite 103<br>Las Vegas, Nevada 89141<br>rrabbat@enensteinlaw.com<br>Teri T. Pham, Esq. (*Pro Hac Vice Application Pending*)<br>12121 Wilshire Boulevard, Suite 600<br>Los Angeles, CA 90025<br>tpham@enensteinlaw.com<br>*Attorneys for Plaintiff, David Wells* |

**ORDER**

**IT IS SO ORDERED.**

Dated: December 9, 2021

_____
United States Magistrate Judge

2