WRIGHT, FINLAY & ZAK, LLP
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
rjung@wrightlegal.net
*Attorney for Defendant, Liberty Stock Transfer, Inc. a New Jersey corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID WELLS, an individual and California resident,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GLOBAL TECH INDUSTRIES, INC., A NEVADA CORPORATION; AND LIBERTY STOCK TRANSFER, INC., A NEW JERSEY CORPORATION; DOES 1 THROUGH 10, INCLUSIVE; ROE BUSINESS ENTITIES, 1 THROUGH, INCLUSIVE,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-02040-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT [ECF No. 1]**<br><br>**(SECOND REQUEST)** |

　　　　Plaintiff, David Wells ("Plaintiff"), and Defendant, Liberty Stock Transfer, Inc. a New Jersey corporation. ("Liberty"), by and through their respective attorneys of records, hereby stipulate and agree as follows:

1. On November 11, 2021, Plaintiff filed his Complaint in United States District Court, District of Nevada, Case No. 2:21-cv-02040-GMN-NJK [ECF No. 1].
2. Liberty was served with Plaintiff's Complaint on November 16, 2021 [ECF No. 8].
3. The deadline for Liberty to respond to Plaintiff's Complaint was December 7, 2021.
4. Liberty filed an Amended 1st Request for Stipulation and Order to Extend Time to Respond to Complaint on December 8, 2021.
5. The court entered an Order Granting said Stipulation and Order extending the deadline for Liberty to respond to Complaint until December 21, 2021.
6. Liberty is once again requesting a brief 2-week extension until January 4, 2022, to file its response to Plaintiff's Complaint.

7. This second extension is requested due to Liberty and undersigned counsel being sick and out of the office along with the current holiday season necessitating the additional time to review and respond to the factual allegations and statutes cited to in the Complaint.
8. Counsel for Plaintiff does not oppose this second requested extension.
9. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 20th day of December, 2021. | DATED this 20th day of December, 2021. |
|---|---|
| **WRIGHT, FINLAY & ZAK, LLP** | **ENENSTEIN PHAM & GLASS, LLP** |
| /s/  Rock K. Jung, Esq. | /s/ Teri T. Pham |
| Rock Jung, Esq. | Robert A. Rabbat, Esq. |
| Nevada Bar No. 10906 | Nevada Bar No. 12633 |
| 7785 W. Sahara Avenue, Suite 200 | 11920 Southern Highlands Pkwy., Suite 103 |
| Las Vegas, Nevada 89117 | Las Vegas, Nevada 89141 |
| (702) 475-7964; Fax: (702) 946-1345 | rrabbat@enensteinlaw.com |
| rjung@wrightlegal.net | Teri T. Pham, Esq. (*Pro Hac Vice*) |
| *Attorneys for Defendant, Liberty Stock Transfer, Inc. a New Jersey corporation* | 12121 Wilshire Boulevard, Suite 600 |
| | Los Angeles, CA 90025 |
| | tpham@enensteinlaw.com |
| | *Attorneys for Plaintiff, David Wells* |

**ORDER**

**IT IS SO ORDERED.**

Dated:  December 21, 2021

_____
United States Magistrate Judge

2