# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID WELLS,<br>    Plaintiff(s),<br>v.<br>GLOBAL TECH INDUSTRIES, INC., et al.,<br>    Defendant(s). | Case No. 2:21-cv-02040-GMN-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than March 7, 2022, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: February 28, 2022

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge