# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID WELLS,<br><br>    Plaintiff(s),<br><br>v.<br><br>GLOBAL TECH INDUSTRIES, INC., et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-02040-GMN-NJK<br><br>**Order** |

Attorney Scott Olifant telephoned the undersigned's chambers today to explain that he is "miffed" at an order that he characterizes as "crazy." *See* Docket No. 27. Mr. Olifant is reminded that attorneys are prohibited from calling a judge's chambers to express their views on a pending matter. Local Rule IA 7-2(b). To the extent an attorney seeks relief, he must file a written request on the docket. *See, e.g.*, Local Rule 7-1(a) (stipulations); Local Rule 7-2(a) (motions). Mr. Olifant is ordered to cease engaging in improper *ex parte* communications. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

Dated: February 28, 2022

                                                                                 Nancy J. Koppe
                                                                                 United States Magistrate Judge