UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID WELLS,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>GLOBAL TECH INDUSTRIES, INC., et al.,<br><br>　　　　Defendant(s). | Case No. 2:21-cv-02040-GMN-NJK<br><br>**Order** |

　　　A settlement conference is set for January 26, 2023.  Having reviewed the parties' positions in their settlement statements, the Court finds that a settlement conference would be futile. Accordingly, the settlement conference is **VACATED**.

　　　IT IS SO ORDERED.

　　　Dated: January 24, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1