WRIGHT, FINLAY & ZAK, LLP
Stephanie A. Garabedian, Esq.
Nevada Bar No. 9612
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
Tel: (702) 475-7964; Fax: (702) 946-1345
sgarabedian@wrightlegal.net

ANSELL GRIMM & AARON, P.C.
Joshua S. Bauchner, Esq. (admitted *Pro Hac Vice*)
Anthony J. D'Artiglio, Esq. (admitted *Pro Hac Vice*)
365 Rife Camp Road
Woodland Park, New Jersey 07424
Tel: (973) 247-9000; Fax: (973) 807-1835
jb@ansellgrimm.com
ajd@ansellgrimm.com

*Attorneys for Defendant Liberty Stock Transfer, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID WELLS, and individual and California resident,<br><br>Plaintiff,<br><br>vs.<br><br>GLOBAL TECH INDUSTRIES, INC., a Nevada Corporation; LIBERTY STOCK TRANSFER, INC., a New Jersey corporation; DOES 1 through 10, inclusive; and ROE BUSINESS ENTITIES, 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-2040-GMN-NJK<br><br>**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

Yanxiong, Li, Esq., of Wright, Finlay & Zak, LLP, requests removal from the CM/ECF Service List in the above-captioned matter. Defendant, Liberty Stock Transfer, Inc. will continue to receive notice through Stephanie A. Garabedian, Esq. of Wright, Finlay & Zak, LLP. As a result, it is no longer necessary that Yanxiong Li, Esq. receive CM/ECF notice of the ongoing proceedings.

/ / /

1    Accordingly, the undersigned counsel requests that Yanxiong Li, Esq. be removed from
2 the Service List in this matter.
3    DATED this 1st day of September, 2023.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Yanxiong Li, Esq.*
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Defendant Liberty Stock Transfer, Inc.*

**IT IS SO ORDERED.**

Dated this 5th day of September, 2023

_____
UNITED STATES MAGISTRATE JUDGE