AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

David Wells

                 Plaintiff,

v.

Global Tech Industries, Inc et al

                 Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:21-cv-02040-GMN-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Plaintiff against Defendants Global Tech and Liberty Stock Transfer, Inc., jointly and severally, in the amount of $39,576.00, plus pre- and post-judgment interest in the total amount of $5,642.30.

1/12/2024  
Date

DEBRA K. KEMPI  
Clerk

/s/ C. Harrington  
Deputy Clerk