ROBERT A. RABBAT (Nevada Bar No. 12633)
rrabbat@epgrlawyers.com
**ENENSTEIN PHAM & GLASS RABBAT, LLP**
11920 Southern Highlands Pkwy., Suite 103
Las Vegas, Nevada 89141
Telephone: (702) 468-0808
Facsimile: (702) 920-8228

TERI T. PHAM (*Pro Hac Vice* CA Bar No. 193383)
tpham@epgrlawyers.com
**ENENSTEIN PHAM & GLASS RABBAT, LLP**
12121 Wilshire Boulevard, Suite 600
Los Angeles, California 90025
Tel (310) 899-2070
Fax (310) 496-1930

Attorneys for Plaintiff David Wells

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID WELLS, an individual and California resident, <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL TECH INDUSTRIES, INC., a Nevada Corporation; and LIBERTY STOCK TRANSFER, INC., a New Jersey corporation; DOES 1 through 10, inclusive; ROE BUSINESS ENTITIES, 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:21-cv-02040-GMN-NJK <br><br> **APPLICATION FOR RELEASE OF FUNDS ON DEPOSIT** <br><br> [Proposed Order submitted concurrently] |

Plaintiff David Wells, by and through his attorneys, respectfully submits this Application for Release of Funds on Deposit ("Application") now that Judgment has been entered in this matter. On October 25, 2023, this Court issued an Order allowing Defendant Liberty Stock Transfer, Inc. ("Liberty") to deposit the amount of $39,576.00 with the Court pending entry of final judgment in this matter (Dkt. 91). On December 20, 2023 Defendant Liberty deposited the sum of $39,576.00 with the Court (Dkt. 96). On February 12, 2024, the Court entered Judgment in favor of Plaintiff against Defendants Global Tech and Liberty Stock Transfer, Inc., jointly and severally, in the amount of $39,576.00, plus pre- and post-judgment interest in the total amount of $5,642.30 (Dkt. 97).

Accordingly, Plaintiff David Wells now respectfully requests that the Court grant this Application for full release of all funds on deposit in the amount of $39,576.00.

**DATED**: March 26, 2024                    Respectfully submitted,

                                                **ENENSTEIN PHAM GLASS & RABBAT LLP**

                                                By: _____
                                                          Teri T. Pham
                                                          Attorneys for Plaintiff David Wells

# CERTIFICATE OF SERVICE

I am employed in Orange County, State of California. I am over the age of 18 and not a party to the within action. My business address is 3200 Bristol St., Suite 500, Costa Mesa, CA 92626.

On March 26, 2024, I served the following document(s) described as:

**PLAINTIFF DAVID WELLS' APPLICATION FOR RELEASE OF FUNDS ON DEPOSIT**

on the interested party in this action as stated below:

| | |
|---|---|
| Scott B. Olifant<br>**LAW OFFICE OF SCOTT B. OLIFANT**<br>5520 Sharpsburg Avenue<br>Las Vegas, NV 89141<br>*solifant@gmail.com* | *Attorneys for Defendant Global Tech Industries, Inc.* |
| Y. Michael Li<br>**WRIGHT, FINLAY & ZAK, LLP**<br>7785 West Sahara Avenue, Suite 200<br>Las Vegas, NV 89117<br>*yli@wrightlegal.net* | *Attorneys for Defendant Liberty Stock Transfer, Inc.* |
| Joshua S. Bauchner<br>Anthony D'Artiglio<br>**ANSELL GRIMM & AARON PC**<br>365 Rifle Camp Road<br>Woodland Park, NJ 07424<br>*jb@ansellgrimm.com*<br>*ajd@ansellgrimm.com* | |

[X]   BY NOTICE OF ELECTRONIC FILING (NEF):  I checked the CM/ECF docket for this case and determined that the interested parties are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated above.

[X]   (FEDERAL) I declare under penalty of perjury under the laws of the United States that the above is true and correct.

/s/ Allison Freitas
_____
Allison Freitas