| | |
|---|---|
| DAVID WELLS, an individual and California resident,<br><br>        Plaintiff,<br><br>v.<br><br>GLOBAL TECH INDUSTRIES, INC., a Nevada Corporation; and LIBERTY STOCK TRANSFER, INC., a New Jersey corporation; DOES 1 through 10, inclusive; ROE BUSINESS ENTITIES, 1 through 10, inclusive,<br><br>        Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEVADA<br><br>Case No. 2:21-cv-02040-GMN-NJK<br><br>**Order for Application of Release of Funds** |

    Having reviewed and considered the Application of Plaintiff David Wells for Release of Funds on Deposit, and good cause appearing, the Court hereby orders as follows:

1. The Application is **GRANTED.**
2. The Clerk is instructed to release the funds on deposit in the amount of $39,576.00 to counsel for Plaintiff David Wells.

    _____
    HONORABLE GLORIA M. NAVARRO, U.S.D.J.

    Dated this \_\_26\_\_ day of March, 2024

1